```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21215
    WILLIE E HOSKINS SR
    TERRI C HOSKINS                             CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-0745    SSN XXX-XX-1170

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 11/13/2007 and was confirmed 01/09/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/07/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
NATIONAL AUTO FINANCE      UNSECURED         9471.00           .00             .00
RMI/MCSI                   UNSECURED         1250.00           .00             .00
GMAC MORTGAGE CORPORATIO   CURRENT MORTG     2338.61           .00         2338.61
GMAC MORTGAGE CORPORATIO   MORTGAGE ARRE    23228.76           .00             .00
DUTTON & DUTTON            NOTICE ONLY     NOT FILED          .00             .00
HOMECOMINGS FINANCIAL      NOTICE ONLY     NOT FILED          .00             .00
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00          .00             .00
HOMECOMINGS FINANCIAL      UNSECURED       NOT FILED          .00             .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED          .00             .00
US BANK CONSUMER FINANCE   SECURED VEHIC    11231.62          .00          100.00
US BANK CONSUMER FINANCE   SECURED VEHIC    11723.00          .00          100.00
VILLAGE OF RICHTON PARK    UNSECURED       NOT FILED          .00             .00
VILLAGE OF PARK FOREST     SECURED          2000.00           .00           41.52
VILLAGE OF PARK FOREST     UNSECURED       NOT FILED          .00             .00
ALLIED INTERSTATE          UNSECURED       NOT FILED          .00             .00
SPRINT                     NOTICE ONLY     NOT FILED          .00             .00
SPRINT PCS                 NOTICE ONLY     NOT FILED          .00             .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED          .00             .00
VILLAGE OF SAUK VILLAGE    UNSECURED       NOT FILED          .00             .00
VILLAGE OF ARLINGTON HEI   UNSECURED       NOT FILED          .00             .00
VILLAGE OF ARLINGTON HEI   NOTICE ONLY     NOT FILED          .00             .00
ASSET ACCEPTANCE CORP      UNSECURED          508.90          .00             .00
COMPUTER CREDIT SERVICE    UNSECURED       NOT FILED          .00             .00
CORPORATE                  UNSECURED       NOT FILED          .00             .00
CCS                        UNSECURED       NOT FILED          .00             .00
RCN COMMUNICATIONS         UNSECURED       NOT FILED          .00             .00
CREDIT ACCEPTANCE          UNSECURED       NOT FILED          .00             .00
CREDIT ACCEPTANCE          UNSECURED       NOT FILED          .00             .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED       NOT FILED          .00             .00
AT & T                     UNSECURED       NOT FILED          .00             .00
DIVERSIFIED CREDIT SERVI   UNSECURED       NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 21215 WILLIE E HOSKINS SR & TERRI C HOSKINS
```

```
SUBURBAN ER PHYSICIANS G  UNSECURED      NOT FILED              .00         .00
PREMIER BANKCARD          UNSECURED         418.89              .00         .00
GREAT AMERICAN FINANCE    UNSECURED      NOT FILED              .00         .00
GREAT AMERICAN FINANCE    UNSECURED      NOT FILED              .00         .00
HSBC NV                   UNSECURED      NOT FILED              .00         .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED              .00         .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED              .00         .00
I C COLLECTION SERVICE    UNSECURED      NOT FILED              .00         .00
UNIVERSITY OF CHIC PHYSI  UNSECURED      NOT FILED              .00         .00
RICHARD P KOMYATTE & ASS  UNSECURED      NOT FILED              .00         .00
MEDICAL COLLECTION        UNSECURED      NOT FILED              .00         .00
RADIOLOGY CENTER SC       UNSECURED      NOT FILED              .00         .00
MERCHANTS CREDIT GUIDE C  UNSECURED      NOT FILED              .00         .00
PRONGER SMITH MEDICARE    UNSECURED      NOT FILED              .00         .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED              .00         .00
FIRST NATIONAL BANK OF M  UNSECURED      NOT FILED              .00         .00
FNB MARIN                 UNSECURED      NOT FILED              .00         .00
MRSI                      UNSECURED      NOT FILED              .00         .00
SUBURBAN HEIGHTS MEDICAL  UNSECURED      NOT FILED              .00         .00
SOUTH SUBURBAN HOSPITAL   UNSECURED      NOT FILED              .00         .00
MRSI                      UNSECURED      NOT FILED              .00         .00
LUTHERAN GENERAL HOSPITA  UNSECURED      NOT FILED              .00         .00
LUTHERAN GENERAL HOSPITA  UNSECURED      NOT FILED              .00         .00
NATIONAL AUTO FINANCE     UNSECURED      NOT FILED              .00         .00
NCA                       UNSECURED      NOT FILED              .00         .00
CHECK INTO CASH INC       UNSECURED      NOT FILED              .00         .00
NCO FIN/99                UNSECURED      NOT FILED              .00         .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED              .00         .00
UNITED CREDIT UNION       UNSECURED      NOT FILED              .00         .00
NICOR GAS                 UNSECURED        5897.44              .00         .00
NICOR GAS                 UNSECURED      NOT FILED              .00         .00
RMI/MCSI                  UNSECURED      NOT FILED              .00         .00
VILLAGE OF PARK FOREST    UNSECURED      NOT FILED              .00         .00
ILLINOIS DEPT OF REVENUE  PRIORITY           64.60              .00         .00
WELLS FARGO FINANCIAL IN  UNSECURED       19225.54              .00         .00
ROUNDUP FUNDING LLC       UNSECURED         587.62              .00         .00
COMMONWEALTH EDISON       UNSECURED         465.05              .00         .00
US BANK CONSUMER FINANCE  UNSECURED         482.31              .00         .00
WELLS FARGO AUTO FINANCE  NOTICE ONLY    NOT FILED              .00         .00
ILLINOIS DEPT OF REVENUE  UNSECURED          36.00              .00         .00
LEDFORD & WU              DEBTOR ATTY      2,544.00                         .00
TOM VAUGHN                TRUSTEE                                        219.87
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,800.00

            PAGE  2 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 21215 WILLIE E HOSKINS SR & TERRI C HOSKINS
```

```
PRIORITY                                                           .00
SECURED                                                       2,580.13
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                            219.87
DEBTOR REFUND                                                      .00
                                       ---------------   ---------------
TOTALS                                        2,800.00          2,800.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 08/26/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```